IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK BUNNER, JR., | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-6664 |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 26th day of October, 2017, upon consideration of the plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. #11); the defendant's Response to Request for Review of Plaintiff (Doc. #14); the plaintiff's Reply Brief (Doc. #15); and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS HEREBY ORDERED that:

1. The plaintiff's Objections are OVERRULED;[1]

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.

---

[1] The plaintiff brings four challenges to the Report & Recommendation. Upon *de novo* review, I find that these Objections are meritless. The record supports the ALJ's finding that the plaintiff's impairments do not meet or equal a listed impairment presumed severe enough to preclude any gainful work. Next, the ALJ and the Magistrate Judge afforded proper weight to the opinions of treating physician Jonathan Levyn, D.O. After reviewing the evidence of record, the ALJ fashioned two hypothetical questions to the vocational expert which reflected all of the plaintiff's limitations supported by the record. See Tr. 59-61. The ALJ then determined that, given these limitations, the plaintiff has the residual functional capacity to perform jobs that exist in significant numbers in the national economy. Id. at 25. Finally, the ALJ provided a sufficient amount of time for the plaintiff to supplement the record with additional evidence. Accordingly, I will adopt and approve Judge Perkin's well-written Report and Recommendation.